IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ZERA LOLA ZOMBIE**,

      Plaintiff,

v.

**STATE OF OREGON, et al.**,

      Defendants.

3:21-cv-01338-AA
**OPINION & ORDER**

_____

AIKEN, District Judge.

    On September 15, 2023, the Court heard oral argument on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 26. According to the agreement of the parties, made on the record, the Temporary Restraining Order is extended through September 29, 2023. Any further briefing from the parties is due by 2:00 PM on September 28, 2023.

    It is so ORDERED and DATED this __15th__ day of September 2023.

                                  /s/Ann Aiken_____
                                  ANN AIKEN
                                  United States District Judge