DAN RAYFIELD
Attorney General
JESSICA B. SPOONER  #105919
DYLAN J. HALLMAN #173679
KRISTIN WINGES-YANEZ #065520
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Jessica.B.Spooner@doj.oregon.gov
       Dylan.Hallman@doj.oregon.gov
       Kristin.Winges-Yanez@doj.oregon.gov

Attorneys for State Defendants Adams, Adamson, Alves, Archer, Arevalo, Barth, Borden, Boston, Breyman, Campos, Dean, Hazen, Herron, Highberger, Holmes, Kelly, Kennedy, Moon, Morby, Newell, Olsen, Parker, Reyes, Rhoades, Snyder, State of Oregon, Steffey, Swart, Terry, Tooley, Trott, Tryon, Washburn, and Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZERA LOLA ZOMBIE, | Case No.  3:21-cv-01338-AA |
| Plaintiff, | DECLARATION OF KRISTIN WINGES-YANEZ IN SUPPORT OF STATE DEFENDANTS' UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| STATE OF OREGON, et al., | |
| Defendants. | |

I, Kristin Winges-Yanez, hereby declare:

1.     I am an attorney licensed to practice law in the State of Oregon and admitted to practice before ethe United States District Court for the District of Oregon. I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice.  I am currently assigned to represent State Defendants in the above-captioned case.

Page 1 -    DECLARATION OF KRISTIN WINGES-YANEZ IN SUPPORT OF STATE
            DEFENDANTS' UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT
            J9S/a4s/45292737

2.    I make this declaration in support of State Defendants' Unopposed Motion for Partial Summary Judgment under penalty of perjury.  I have personal knowledge of and am competent to testify to the facts herein.

3.    I spoke with Plaintiff's counsel regarding this motion by phone on January 26, 2026.  Plaintiff's counsel indicated they do not oppose this motion.

DATED January 26, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Kristin Winges-Yanez*
JESSICA B. SPOONER #105919
DYLAN J. HALLMAN #173679
KRISTIN WINGES-YANEZ #065520
Senior Assistant Attorneys General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
Jessica.B.Spooner@doj.oregon.gov
Dylan.Hallman@doj.oregon.gov
Kristin.Winges-Yanez@doj.oregon.gov
Of Attorneys for State Defendants

Page 2 -    DECLARATION OF KRISTIN WINGES-YANEZ IN SUPPORT OF STATE
DEFENDANTS' UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT
J9S/a4s/45292737